UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
LUMINENT MORTGAGE CAPITAL, INC.;
MINERVA MORTGAGE FINANCE
CORPORATION; and MERCURY MORTGAGE
FINANCE STATUTORY TRUST,

              Plaintiffs,

        v.

HSBC SECURITIES (USA) INC.,

              Defendant.

-------------------------------------------------------------------- x

Civ. A. No.
ECF CASE

07 CIV 9340
JUDGE CASTEL

Rule 7.1 Statement

     Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local Civil Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Luminent Mortgage Capital, Inc. ("Luminent"), Minerva Mortgage Finance Corporation ("Minerva") and Mercury Mortgage Finance Statutory Trust ("Mercury") certifies that Luminent is a publicly held corporation, Minerva is an indirect subsidiary of Luminent, and Mercury is a subsidiary of Luminent, and the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held: None other than Luminent.

Date: October 18, 2007

                                Michael E. Petrella (MP3794)
                                O'SHEA PARTNERS LLP
                                90 Park Avenue, 20th Floor
                                New York, New York 10016
                                (212) 682-4426