```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISCTRICT NEW YORK
------------------------------------------------------------X
LUMINENT MORTGAGE CAPITAL, INC.;   ECF Case
MINERVA MORTGAGE FINANCE          Case No. 07 Civ 9340
CORPORATION; and MERCURY MORTGAGE
FINANCE STATUTORY TRUST,          STIPULATION

           Plaintiffs,

    v.

HSBC SECURITIES (USA) INC.,

           Defendant.
------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, attorneys of record for plaintiffs, LUMINENT MORTGAGE CAPITAL, INC.; MINERVA MORTGAGE FINANCE CORPORATION; and MERCURY MORTGAGE FINANCE STATUTORY TRUST and defendant, HSBC SECURITIES (USA) INC. ("HSI") that defendant HSI's time to move, answer, object or otherwise respond to the Summons and Complaint is extended to and including November 29, 2007.

Dated: New York, New York
       November 5, 2007

O'SHEA PARTNERS LLP                    HSBC Securities (USA), INC.
Attorneys for Plaintiffs

By: _____          By: _____
   Michael E. Petrella (MP3794)           Richard B. Palmer (RP3399)
90 Park Avenue, 20th Floor             Office of General Counsel
New York, NY 10016                     452 Fifth Avenue, 7th Floor
(212) 682-4426                         New York, NY 10018
                              (212) 525-5851

So Ordered: _____
          U.S.D.J
          11-7-07