UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
: 
LUMINENT MORTGAGE CAPITAL, INC.;  :
MINERVA MORTGAGE FINANCE          :
CORPORATION; and MERCURY MORTGAGE :  07 Civ. 9340 (PKC)
FINANCE STATUTORY TRUST,          :
:
              Plaintiffs,      :
:
              v.               :  **RULE 7.1 STATEMENT**
:
HSBC SECURITIES (USA) INC.,       :
:
             Defendant.       :
------------------------------------------------------------- X

      In accordance with Federal Rule of Civil Procedure Rule 7.1, defendant HSBC Securities (USA) Inc. states that it is an indirectly wholly owned subsidiary of HSBC Holdings, plc, a publicly traded company whose shares are traded on the London and Hong Kong Stock Exchanges and are traded as American Depository Receipts ("ADRs") on the New York Stock Exchange.

Dated: New York, New York
       November 29, 2007

                                    Respectfully submitted,

                                    CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                    By: _____
                                          Jeffrey A. Rosenthal
                                          A Member of the Firm

                                    One Liberty Plaza
                                    New York, New York 10006
                                    (212) 225-2000

                                    Attorneys for Defendant and Counterclaim Plaintiff
                                    HSBC Securities (USA) Inc.