UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
LUMINENT MORTGAGE CAPITAL, INC.;          :
MINERVA MORTGAGE FINANCE                  :   07 Civ. 9340 (PKC)
CORPORATION; and MERCURY MORTGAGE         :
FINANCE STATUORY TRUST,                   :   CERTIFICATE OF SERVICE
:
               Plaintiffs,               :
:
          v.                                      :
:
HSBC SECURITIES (USA) INC.,                :
:
               Defendant.                :
:
------------------------------------------------------------------X

       I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

       1. On the 29th day of November 2007, the Answer and Counterclaims and Rule 7.1 Statement were served by hand upon:

> Sean F. O'Shea, Esq.
> Michael E. Petrella, Esq.
> O'Shea Partners LLP
> 90 Park Avenue, 20th Floor
> New York, NY  10016

       2. This service was made by an assistant managing clerk of this firm under my general supervision.

Dated:  New York, New York
        November 30, 2007

                                                       /s/Richard V. Conza
                                                        Richard V. Conza