```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
LUMINENT MORTGAGE CAPITAL, INC.;
MINERVA MORTGAGE FINANCE
CORPORATION; and MERCURY MORTGAGE
FINANCE STATUTORY TRUST,

                    Plaintiffs,

                    v.

HSBC SECURITIES (USA) INC.,

                    Defendant.
--------------------------------------------------------------- x

07 Civ. 9340 (PKC)

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel of record to the parties to the Action, and by the parties to the Action through their undersigned Counsel, subject to the approval of the Court, that Plaintiffs' time to move, answer, object or otherwise respond to the counterclaims asserted by Defendant in this action is extended to and including December 31, 2007.

Dated: New York, New York
         December 19, 2007

O'SHEA PARTNERS LLP
*Counsel for Plaintiffs*

By: _____
Michael E. Petrella
90 Park Avenue
New York, New York 10016
Telephone: (212) 682-4426

CLEARY GOTTLIEB STEEN & HAMILTON LLP
*Counsel for Defendant*

By: _____
Jeffrey A. Rosenthal
A Member of the Firm
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000

SO ORDERED this 19 day of December, 2007:

_____
P. Kevin Castel, U.S.D.J.