UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LUMINENT MORTGAGE CAPITAL, INC.;
MINERVA MORTGAGE FINANCE
CORPORATION; and MERCURY MORTGAGE
FINANCE STATUTORY TRUST,

                Plaintiffs,

                v.

HSBC SECURITIES (USA) INC.,

                Defendant.

------------------------------------------------------------------X

07 Civ. 9340 (PKC)

CERTIFICATE OF SERVICE

        I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

        1. On the 30th day of January 2008, the Notice of Motion of HSBC Securities (USA) Inc. for Leave to Amend its Answer and Counterclaims with Declaration of Jeffrey A. Rosenthal in Support of HSBC Securities (USA) Inc.'s Motion for Leave to Amend its Answer and Counterclaims with Exhibits A and B was served by hand upon:

> Michael E. Petrella, Esq.
> O'Shea Partners LLP
> 90 Park Avenue, 20th Floor
> New York, NY  10016

        2. This service was made by an assistant managing clerk of this firm under my general supervision.

Dated:  New York, New York
       January 31, 2008

                                                  /s/Richard V. Conza
                                                  Richard V. Conza