UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

LUMINENT MORTGAGE CAPITAL, INC.;
MINERVA MORTGAGE FINANCE
CORPORATION; and MERCURY MORTGAGE
FINANCE STATUTORY TRUST,

                Plaintiffs,

            v.

HSBC SECURITIES (USA) INC.,

                Defendant.

------------------------------------------------------------ X

07 Civ. 9340 (PKC)

**NOTICE OF MOTION OF
HSBC SECURITIES (USA)
INC. FOR LEAVE TO
AMEND ITS ANSWER AND
COUNTERCLAIMS**



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/08

**MEMO ENDORSED**

PLEASE TAKE NOTICE that upon the accompanying declaration of Jeffrey A.

Rosenthal dated January 30, 2008 (the "Declaration"), the undersigned will move this Court, as

soon as counsel may be heard, at the United States Courthouse, 500 Pearl Street, New York,

New York, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, for an order

permitting defendant HSBC Securities (USA) Inc. ("HSBC") to file an Amended Answer and

Counterclaims, annexed to the Declaration as Exhibit A.

*The unopposed motion to amend the answer and counterclaims is granted.*

*SO ORDERED.*

/s/ Castel, USDJ

2-22-08

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 6.1(b), papers in opposition shall be served on or before February 13, 2008.

Dated: New York, New York
      January 30, 2008

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
      Jeffrey A. Rosenthal
      A Member of the Firm

One Liberty Plaza
New York, New York 10006
(212) 225-2000

Attorneys for Defendant and Counterclaim Plaintiff
HSBC Securities (USA) Inc.

To:
O'SHEA PARTNERS LLP

Michael Petrella, Esq.
90 Park Avenue
New York, New York 10016

Attorneys for Plaintiffs Luminent
Mortgage Capital, Inc., Minerva Mortgage
Finance Corporation, and Mercury
Finance Statutory Trust

2