UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                                                       :

LUMINENT MORTGAGE CAPITAL, INC.;
MINERVA MORTGAGE FINANCE
CORPORATION; and MERCURY MORTGAGE
FINANCE STATUTORY TRUST,

                      Plaintiffs,

                          v.

HSBC SECURITIES (USA) INC.,

                      Defendant.

-----------------------------------------------------------------X

07 Civ. 9340 (PKC)

CERTIFICATE OF SERVICE

       I, Andrew M. Scott, an attorney admitted to practice in the State of New York and the Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

       1. On the 25th day of February 2008, the Amended Answer and Counterclaims is being served by hand upon:

                              Michael E. Petrella, Esq.
                              O'Shea Partners LLP
                              90 Park Avenue, 20th Floor
                              New York, NY  10016

       2. This service is being made by an assistant managing clerk of this firm under my general supervision.

Dated:  New York, New York
           February 25, 2008

                                                        /s/Andrew M. Scott
                                                           Andrew M. Scott