**MEMO ENDORSED**

# O'SHEA PARTNERS LLP
90 PARK AVENUE
20th FLOOR
NEW YORK, NEW YORK 10016

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-26-08

(212) 682-4426
Fax (212) 682-4437
www.osheapartners.com

SEAN F. O'SHEA
MICHAEL E. PETRELLA

HARLAN J. PROTASS
MARC D. FEINGOLD
JONATHAN R. ALTSCHULER
ROBERT R. VIDUCICH
JULIE O'SHEA

February 25, 2008

**BY FAX**

Hon. P. Kevin Castel, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*Application granted.
SO ORDERED.
[signature]
PKC/USDJ
2-26-08*

Re: Luminent Mortgage Capital, Inc. et al. v. HSBC Securities (USA) Inc.
    07 Civ. 9340 (PKC)

Your Honor:

This office represents Plaintiffs in the above captioned matter. We write in reference to Plaintiffs' letter to the Court dated February 1, 2008, and the Court's subsequent orders dated February 4, 2008 and February 15 providing the parties until Friday, February 22, to resolve their remaining discovery issues.

Although the parties have made additional progress over the last week, this firm mistakenly believed that the Court had granted the parties until today to either resolve their discovery issues or submit a joint letter to the Court. We sincerely apologize for the oversight and request an additional three business days (that is, until February 27, 2008) to submit a joint letter to the Court regarding any issues between the parties that remain unresolved.

Respectfully submitted,

[signature]
Michael E. Petrella

cc: Jeffrey Rosenthal, Esq. (via e-mail)