UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/08
```

LUMINENT MORTGAGE CAPITAL, INC.;
MINERVA MORTGAGE FINANCE
CORPORATION; and MERCURY MORTGAGE
FINANCE STATUTORY TRUST,

      Plaintiffs,

    v.

HSBC SECURITIES (USA) INC.,

      Defendant.

------------------------------------------------------------- x

07 Civ. 9340 (PKC)

**STIPULATION**

  **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel of record to the parties to the Action, and by the parties to the Action through their undersigned Counsel, subject to the approval of the Court, that Plaintiffs' time to move, answer, object or otherwise respond to Defendant's amended answer and counterclaims in this action is extended to and including March 25, 2008.

Dated: New York, New York
   March 17, 2008

O'SHEA PARTNERS LLP
*Counsel for Plaintiffs*

By: _____
  Michael E. Petrella
  90 Park Avenue
  New York, New York 10016
  Telephone: (212) 682-4426

CLEARY GOTTLIEB STEEN & HAMILTON LLP
*Counsel for Defendant*

By: _____
  Jeffrey A. Rosenthal
  A Member of the Firm
  One Liberty Plaza
  New York, New York 10006
  Telephone: (212) 225-2000

SO ORDERED this 17 day of March, 2008:

_____
Honorable P. Kevin Castel, U.S.D.J.