## O'SHEA PARTNERS LLP
90 PARK AVENUE
20th FLOOR
NEW YORK, NEW YORK 10016

SEAN F. O'SHEA
MICHAEL E. PETRELLA

HARLAN J. PROTASS
MARC D. FEINGOLD
JONATHAN R. ALTSCHULER
MAUREEN MORAN
JULIE O'SHEA

(212) 682-4426
Fax (212) 682-4437
www.osheapartners.com

April 25, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08
```

Howard A. Fischer
Schindler Cohen & Hochman LLP
100 Wall Street, 15th Floor
New York New York 10005

  Re: **Lnminent Mortgage Capital, Inc. et al. v. HSBC Securities (USA) Inc.
    07 Civ. 9340 (PKC)**

Dear Mr. Fischer:

This letter, together with the Confidentiality Stipulation and Order in this case dated April 3, 2008, governs the production of any and all documents by Goldman Sachs & Company ("Goldman Sachs") in the above matter, as follows:

1. For purposes of Confidentiality Stipulation and Order dated April 3, 2008, Goldman Sachs will be treated as a party, entitled and subject to the same protections and obligations as if it were a party to this case.

ACCEPTED AND AGREED:

*[signature]*

Michael E. Petrella
O'SHEA PARTNERS LLP
90 Park Avenue, 20th Floor
New York, New York 10016
(212) 682-4426
*Counsel for Plaintiffs*

_____
Jeffrey A. Rosenthal
A Member of the Firm
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, New York 10006-1470
(212) 225-2000
*Counsel for Defendant*


_____
Howard A. Fischer
Emily A. Poler
**SCHINDLER COHEN & HOCHMAN LLP**
100 Wall Street, 15th Floor
New York New York 10005
(212) 277-6340
*Counsel for Goldman Sachs*

So Ordered this 5th day of May, 2008:

_____
Hon. Kevin P. Castel, U.S.D.J.

Jeffrey A. Rosenthal
A Member of the Firm
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, New York 10006-1470
(212) 225-2000
*Counsel for Defendant*

Howard A. Fischer
Emily A. Poler
**SCHINDLER COHEN & HOCHMAN LLP**
100 Wall Street, 15th Floor
New York New York 10005
(212) 277-6340
*Counsel for Goldman Sachs*

So Ordered this ___ day of _____,
2008:

_____
Hon. Kevin P. Castel, U.S.D.J.