```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

LUMINENT MORTGAGE

                        Plaintiff(s),                      07 Civ. 9340 (PKC)

        -against-

HSBC SECURITIES                     ORDER

                     Defendant(s).

------------------------------------------------------------x

P. KEVIN CASTEL, District Judge:

        As a result of a Pre-Trial Conference held before this Court today, the following is ORDERED:

1. The plaintiff(s) shall USE EXPANDED SEARCH TERMS, PROPOSED TERMS FOR July 20, 2007 through August 10, 2007 FOR PERSONS IDENTIFIED IN INTERROGS 2, 3, 5, 6 and 7.

2. The plaintiff(s) shall employ search terms for persons identified in response to interrogatories numbers 3 and 8 from August 1, 2007 through October 31, 2007. Defendant may propose additional search terms.

3. For the period July 20 to August 10, plaintiff shall do a "test boring" full search of emails for five days selected by defendant HSBC for persons identified in Interrog[atories] 2, 3, 5, 6 and 7.

4. Defendants shall update valuation discovery through June 30, 2008.

5. Fact discovery continued through ~~September~~ November 12, 2008. Expert discovery date extended to ~~January 16, 2009~~ January 23, 2009. In all respects the Case Management Plan and Scheduling Order remain in effect.

6. The next conference in this matter will be held on November 21, 2008 at 2pm.

/s/ P. Kevin Castel
P. Kevin Castel
United States District Judge

Dated: New York, New York
June 13, 2008